**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-09-08132-001-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Marcus Lee Tsingine, | |
| Defendant. | |

For the reasons briefly set forth below, Mr. Tsingine's Second Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 49) is denied. The USA's Motion to Seal (Doc. 51) and Mr. Tsingine's Request for Update (Doc. 54) are granted.

On August 5, 2021, this Court denied Mr. Tsingine's First Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. 43.) In that request Mr. Tsingine asserted that he had obesity, hypertension, and asthma, and that these factors increased his likelihood of severe illness were he to contract COVID-19. Nevertheless, this Court noted that vaccinations for COVID-19 were available to him, and he had, in fact, received the vaccinations. Under those circumstances he did not present extraordinary or compelling reasons for the sought-after relief. Thus, it denied his request. (Doc. 43).

He filed this second request three months later. (Doc. 49). In this request, he does not present materially different circumstances than he did in the first. Thus, the Court's analysis is no different. To the extent Mr. Tsingine argues that the first vaccines were not developed with subsequent COVID mutations in mind, such vaccines have since been

developed and are available to him upon request. Further, Mr. Tsingine did not exhaust his remedies on this second request. Such exhaustion is required for each separate request. *United States v. Iwai*, No. 15-cr-0073, 2020 WL 6470167, at *3 (D. Haw. Nov. 3, 2020). Finally, in light of the facts underlying his conviction, Mr. Tsingine remains a danger to the public.

**IT IS THEREFORE ORDERED** that Mr. Tsingine's Second Motion to Reduce Sentence (Doc. 49) is **DENIED**.

**IT IS FURTHER ORDERED** that the USA's Motion to Seal (Doc. 51) is **GRANTED**. The Clerk of Court is directed to file under seal the response lodged at Doc. 52.

**IT IS FURTHER ORDERED** that Mr. Tsingine's Request for Update (Doc. 54), construed by the Court as a Motion, is **GRANTED**. The Clerk of Court is directed to provide Mr. Tsingine with a copy of this Order to provide him with the requested update.

Dated this 29th day of December, 2022.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge